UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARSENIO GONZALEZ,

                Plaintiff,

-against-

DARREN C. BUSCEMI and BOYLE BROTHERS, INC.,

                Defendants.

**ORDER**

18 Civ. 11120 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties, the April 11, 2019 Case Management Plan and August 19, 2019 order extending fact discovery are modified as follows:

1. Fact discovery must conclude by **December 5, 2019**;

2. Expert discovery must conclude by **January 20, 2020**; and

3. Any party that intends to file a post-discovery dispositive motion must submit a letter to the Court in accordance with Rule 4(A) of the Court's Individual Practices by **January 27, 2020**. Opposition letters are due **February 3, 2020**.

It is further ORDERED that there will be a pre-trial status conference in this matter on **February 6, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge