UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARSENIO GONZALEZ,

                      Plaintiff,

-against-

DARREN C. BUSCEMI and BOYLE BROTHERS, INC.,

                      Defendants.

**ORDER**

18 Civ. 11120 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties, the April 11, 2019 Case Management Plan, August 19, 2019 order extending fact discovery, and November 20, 2019 order extending fact discovery are modified as follows:

1. Fact discovery must conclude by **January 20, 2020**;

2. Expert discovery must conclude by **February 19, 2020**; and

3. Any party that intends to file a post-discovery dispositive motion must submit a letter to the Court in accordance with Rule 4(A) of the Court's Individual Practices by **February 26, 2020**. Opposition letters are due **March 3, 2020**.

It is further ORDERED that there will be a pre-trial status conference in this matter on **February 20, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 23, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge