UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARSENIO GONZALEZ,

                    Plaintiff,

      -against-

DARREN C. BUSCEMI and BOYLE BROTHERS, INC.,

                    Defendants.

**ORDER**

18 Civ. 11120 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the deadline for completion of all discovery is extended to **April 20, 2020**.

      A status conference will take place on **April 22, 2020 at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         February 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge