UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARSENIO GONZALEZ,

                Plaintiff,

    -against-                        **ORDER**

DARREN C. BUSCEMI and BOYLE         18 Civ. 11120 (PGG)
BROTHERS, INC.,

                Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that status conference scheduled to take place on April 22, 2020 is adjourned to **June 4, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         March 30, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge