UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARSENIO GONZALEZ,

                Plaintiff,

    - against -

DARREN C. BUSCEMI and BOYLE BROS., INC.,

                Defendants.

**ORDER**

18 Civ. 11120 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        By June 5, 2020, the parties will submit a joint letter setting forth the status of discovery. If discovery is not complete, the parties will detail what discovery remains, why it has not been completed, and when they expect it will be completed. The parties will also state whether they expect to be filing dispositive motions. The June 4, 2020 status conference is adjourned sine die.

Dated: New York, New York
       May 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge